# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL CORTE INGLES, S.A., <br><br> Plaintiff, <br><br> v. <br><br> CITY LIGHTS, LLC, et al., <br><br> Defendants. | Case No.: 1:19-cv-00213 AWI JLT <br><br> ORDER GRANTING MOTION TO SERVE VIA PUBLICATION (Doc. 7) <br><br> ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |

The plaintiff reports it has made diligent efforts to serve Markchris Investments, LLC but has been unsuccessful. (Doc. 7-2; Doc. 7-1; Doc. 7-6) The process server has attempted service at the physical address maintained by the Secretary of State for the entity/agent for service of process[1] (Doc. 7-1 at 2) and at a business location associated with the entity/the agent for service of process and at the home address of the agent for service of process. (Doc. 7-3 at 2)

Upon consideration of the filings and evidence of contained in the plaintiff's application and declaration for this order, and it satisfactorily appearing that Markchris Investments, LLC cannot with reasonable diligence be served in any other manner specified in Sections 415.10 through 415.40 of the

---

[1] In his declaration, the attorney reports the street numbers and names for a business address of the entity and the home of the agent for process but reports, contrary to the process server (Doc. 7-3 at 2), that these streets are in Sacramento (Doc. 7-3 at 2), rather than Bakersfield, California. Moreover, the process server reports that the East Hills Mall in Bakersfield, California is on "Mall U Road" (Doc. 7-3 1t 2) when, in fact, the Court takes judicial notice that it is located on Mall View Road. The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Because the process server actually went to the East Hills Mall, it is immaterial that he reported the street name incorrectly.

1

Code of Civil Procedure, and that Markchris Investments, LLC is a necessary party to this action, the Court ORDERS:

1. The request for notice service of process by alternate means is **GRANTED** as follows:

    a. **Within five days**, the plaintiff **SHALL** send by first-class mail via the United States Postal Service the summons, complaint, order setting mandatory scheduling conference, civil cover sheet and a copy of this order to the agent for service of process for Markchris Investments, LLC at the following addresses:

        i. 1518 Mill Rock Way, Suite 103
           Bakersfield, CA 93311

        ii. P.O. Box 22590
            Bakersfield, CA 93390

    b. **Within five days**, the plaintiff **SHALL** also make personal service of the summons, complaint, order setting mandatory scheduling conference, civil cover sheet and a copy of this order on the California Secretary of State on behalf of Markchris Investments, LLC;

    c. **Within five days**, the plaintiff **SHALL** send by electronic mail the summons, complaint, order setting mandatory scheduling conference, civil cover sheet and a copy of this order to the agent for service of process for Markchris Investments, LLC to Crh12365@gmail.com;

2. The plaintiff **SHALL** file proof of service **within 10 days**;

3. The defendant **SHALL** respond to the complaint **within 35 days**;

4. The mandatory scheduling conference is **CONTINUED** to **August 1, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **May 8, 2019**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE