**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EL CORTE INGLES, S.A., a Spanish corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY LIGHTS, LLC, a California LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00213-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 17) |

Based upon the stipulation, the Court **ORDERS**:

1. The stipulation is GRANTED and the entry of default is set aside;

2. The mandatory scheduling conference is CONTINUED to September 30, 2019 at 9:00 a.m. The joint scheduling conference is report SHALL be filed no later than September 23, 2019.

IT IS SO ORDERED.

　　Dated: __**July 15, 2019**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE